FILED
AUG 23 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | CASE NO. 5:22 CR 485 |
| Plaintiff, ) | |
| ) | Title 18, United States Code, |
| v. ) | Sections 922(g)(1) and 924(a)(2) |
| ) | |
| CARLOS PERDUE, ) | **JUDGE NUGENT** |
| ) | |
| Defendant. ) | |

COUNT 1
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

1. On or about July 25, 2022, in the Northern District of Ohio, Eastern Division, Defendant CARLOS PERDUE, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Robbery, on or about August 25, 2009, in Case Number CR-08-517781-A, in the Cuyahoga County Court of Common Pleas, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Taurus, Model G2C, 9mm semiautomatic pistol, bearing serial number TLS47942, and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant CARLOS PERDUE, shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of such violation.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.