IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) | CASE NO. 5:22 CR 00485 |
| | ) | |
| Plaintiff | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| vs. | ) | MOTION TO SUPPRESS STOP, |
| | ) | DETENTION, ARREST AND |
| CARLOS PERDUE | ) | EVIDENCE AND STATEMENTS |
| | ) | (Hearing Requested) |
| Defendant | ) | |

Now comes the defendant, by and through Counsel, and moves this Honorable Court for an

Order suppressing the unconstitutional stop and evidence illegally obtained by the Government for

the reasons set forth in the accompanying brief.  Said suppression is requested for the following:

All evidence and statements obtained directly or indirectly from the initial stop of the

defendant and from searches and seizures of the defendant, on the ground that said stop, searches

and/or seizures were conducted without a warrant, without reasonable suspicion or probable cause

and not incident to a lawful arrest.

Defendant requests an evidentiary hearing of this Motion.

Respectfully submitted,

*For Reasons stated on the record.*

GRANTED: _____ DENIED: X
IT IS SO ORDERED.

_____  12/27/22
U.S. DISTRICT JUDGE

/s/  **James A. Jenkins**
James A. Jenkins (0005819)
55 Public Square, Suite 2100
Cleveland, Ohio 44113
216/363-6003
Facsimile:  216/363-6013
E-Mail:  jajenkins49@hotmail.com